**VEDDER PRICE (CA), LLP**
Anthony Pacheco (Cal. Bar No. 128277)
apacheco@vedderprice.com
Maura L. Riley (Cal. Bar No. 319826)
mriley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

**VEDDER PRICE P.C.**
Brooke E. Conner (*Pro Hac Vice*)
bconner@vedderprice.com
222 N. LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
F: +1 312 609 5005

*Attorneys for Defendant David H. Wright*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00559-1 |
| Plaintiff, | **DEFENDANT DAVID H. WRIGHT'S EXHIBITS TO SENTENCING MEMORANDUM** |
| v. | |
| DAVID H. WRIGHT, | [*Filed concurrently with Sentencing Memorandum; Objections to Presentence Investigation Report*] |
| Defendant. | |
| | Hon. Stanley Blumenfeld, Jr. |
| | Date:     April 26, 2022 |
| | Time:     8:00 a.m. |

Defendant DAVID H. WRIGHT, by and through his counsel of record, submits the following supporting Exhibits to his Sentencing Memorandum.

| **EXHIBIT** | |
|---|---|
| 1. | Interactive Data Analyzer Results |
| 2. | Carolyn Raney Wright Letter |
| 3. | Daniel Lelchuk Letter |
| 4. | Evan Wright Letter |
| 5. | Spencer Wright Letter |
| 6. | Vincent J. Price Letter |
| 7. | Michael Bacich Letter |
| 8. | Frederick Mason Lewis Letter |
| 9. | Jerry Rogers Letter |
| 10. | Hunter Rice Letter |
| 11. | Karen A. Hayes Letter |
| 12. | Lynn Scott Letter |
| 13. | Marjorie Mitchell Letter |
| 14. | Stephen Badgett Letter |
| 15. | Jeff Wright Letter |
| 16. | Katherine Westley Letter |
| 17. | Russ Leach Letter |
| 18. | Scott Barber Letter |
| 19. | Sen. Jim Brulte Letter |
| 20. | Chris Miller Letter |
| 21. | Martin Wright Letter |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

-2-

EXHIBITS SUPPORTING DEFENDANT'S
SENTENCING MEMORANDUM
2:21-CR-00559-1

| | **EXHIBIT** |
|---|---|
| 22. | Michael J. Beck Letter |
| 23. | Rodrick LeMond Letter |
| 24. | Tom Evans Letter |
| 25. | Jennifer Wright Letter |
| 26. | Cesar Rivera Letter |
| 27. | Cheryl Iannello Letter |
| 28. | Brent Mason Letter |
| 29. | Brian Thomas Letter |
| 30. | Susanne Badgett Letter |
| 31. | Antonio Beverley Letter |
| 32. | Sue Caballero Letter |

Dated: April 12, 2022                    VEDDER PRICE (CA), LLP


By: _____
        Anthony Pacheco
        Brooke E. Conner
        Maura L. Riley

        Attorneys for Defendant
        David H. Wright

VP/#55884777.2

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

-3-

EXHIBITS SUPPORTING DEFENDANT'S
SENTENCING MEMORANDUM
2:21-CR-00559-1

# EXHIBIT 1

UNITED STATES SENTENCING COMMISSION
# INTERACTIVE DATA ANALYZER

| HOME | MAJOR CRIME TYPES | SENTENCING OUTCOMES | GUIDELINE APPLICATION | METHODOLOGY |

| Plea Status | Sentence Type | **Sentence Length** | Fine/Restitution Amounts |

## DATA FILTERS

**Fiscal Year**

Fiscal Year: 2020

Clear Filter

**Geography**

Circuit: --Select--
State: California
District: --Select--

Clear Filter

**Demographics**

Race: --Select--
Gender: --Select--
Age: --Select--
Citizenship: --Select--
Education: --Select--

Clear Filter

**Crime Type**

Crime Type: Bribery/C

Clear Filter

**Primary Guideline**

Guideline: --Select--

Clear Filter

**Drug Type**

Drug: --Select--

Clear Filter

**Sentencing Zone**

Zone: D

Clear Filter

**Criminal History**

Category: I

Career Offender Status: --Select--

Clear Filter

### Distribution of Sentence Length
Fiscal Year 2020

60 to 119 Months 5.3%

24 to 59 Months 26.3%

Up to 24 Months 68.4%

The figure includes the 19 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of probation only are included here as zero months.
FILTER:
Fiscal Year: 2020; Circuit: All; State: California; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: Bribery/Corruption; Guideline: All; Drug Type: All; Sentencing Zone: D; Criminal History: I; Career Offender Status: All

### Average and Median Sentence Length
Fiscal Year 2020

■ Sentence Length (Average Months)   ■ Sentence Length (Median Months)

18

12

0   3   6   9   12   15   18   21
Months

# EXHIBIT 2

Carolyn M. Wright
2846 Balfore Street
Riverside, Ca 92506

December 28, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

My name is Carolyn Wright and I am 63 years old. I was a Kindergarten teacher at Victoria Elementary for over twenty years and have recently retired where I spend most of my free time with my children, grandchildren and Dave. I was married to Dave for thirteen years and we have three beautiful children together. I understand that Dave has pleaded guilty to federal program bribery and our whole family has been shocked by this news. This is so far from the Dave that I know who is a hard worker and cares deeply for his family.

I met Dave in October 1978 – he was 18 years old and I was 20 years old. We met while working at the Brickyard Restaurant in Orange, Ca and quickly became great friends. I had never met anyone more kind, caring and generous than Dave. I knew that he would be in my life for a long time. We began dating and then soon married in July 1980. We had three children and were married for thirteen years, then decided to separate.

Although we were separated, Dave never stopped caring for me and always made sure that I had everything I needed to care for our children and that the children and I had a good place to live. He helped me to find a career and supported me while I went to night school to earn my bachelor's degree from CSUSB and receive my credential so that I could become a teacher. This would allow me to spend the most amount of time with our kids as I was home early after school, had summers off, and shared the same holidays off as the kids. It was difficult to understand the reasoning behind why Dave and I separated at first, but over time it got easier. After our three children were born, Dave came out to me as gay. Although this was difficult for me to understand, it was even more difficult for Dave to articulate this to his friends and family. This was never a shock to me as part of what drew me to Dave was that he was always gentle and kind hearted. I supported him through his journey of discovering who he was and what he wanted for his life and we both learned how to navigate our life as our relationship evolved. We never stopped being friends and to this day still spend time together multiple times a week.

Dave has been a great father to our children and has always made sure they have had everything they needed. He would usually have the children on the weekends and spend time with them during the week going to dinner and other activities. The children have always looked up to Dave and he helped to guide them through school and their careers. All three of our sons are successful in their careers and understand the importance of hard work and education. This is what Dave has taught me and what we taught our boys together.

Dave loves his family so much. He is always there when any of us need him. I love him with all my heart and it saddens me to see him at this point in his life. Dave has always been a handworker and has dedicated his career to the public trying to make the cities that he serves a better place for all those that live there. Dave worked so hard for the last 30 years and has had great success in his career. I was so shocked to hear the news presented in Dave's plea deal. Our sons were so upset to hear about their father and are so scared for what his future will look like away from his family.

This has been so hard on Dave, and I know that he is deeply sorry for what he has done. It breaks my heart to think that I may not be able to see him and spend time with him like I usually do for a prolonged amount of time. It is so shocking to think this is happening to Dave. Dave has always been the one guiding and protecting our family.

Your Honor, I am praying that Dave's sentence is short and that he will be able to return to his family before too much time has passed. It is my sincerest hope that the court takes this letter into consideration at the time of his sentencing.

Thank you for your time,

*Carolyn M. Wright*

Carolyn M. Wright

# EXHIBIT 3

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

December 27, 2021

Re: Character reference for David H Wright.

Dear Judge Blumenfeld,

My name is Daniel B Lelchuk. I would like to take this opportunity to you to provide my perspective as to the character of David H Wright (Dave), my friend of 50+ years.

I am aware of Dave's situation and the nature and seriousness of the charge he is facing. I have reviewed the public court documents.

First, a bit about my background. I am 61 years old, born in San Diego and am married 36 years. We currently live in Huntington Beach, and have always resided in southern California. We have two daughters: the eldest is a high school teacher at South El Monte High School (and holds a Masters of Education) and lives in Pasadena, the younger daughter is completing a Masters program at SDSU (after receiving her BA from Johns Hopkins) and lives in San Diego.

I graduated from CSUF with a BA in Communications and went into local Journalism, writing for the Newport Beach and Costa Mesa local papers. I also did some freelance writing for automotive trade publications. My career ultimately took a different path as I ended up in the automotive parts manufacturing and distribution business (beginning on my 16th birthday as a delivery driver for a parts store in Fullerton). My career was a bit stereotypical, starting at the lowest positions and working my up to eventually founding my own business, and exiting in 2017, at which time I had over 900 employees and sales revenues of more than $400 million. Along the way, I managed many challenges, dealt with thousands of personalities and learned literally every day. Today, I am SVP Business Development for Parts Authority, one of the largest automotive parts distributors in the country.

I served on the automotive aftermarket Auto Care Board as Chair of Government Affairs, am a member of the Advisory Board for a small aerospace company and am Chairman of the Coral Cay Architectural Committee (our HOA in Huntington Beach).

I met Dave in 5th grade (1970) at Taft Elementary in Orange, CA. We were selected for an advanced Extended Learning Program curriculum (pre-dates the term 'honors classes'.) Dave was already attending Taft, I transferred from California Elementary in Orange. We quickly became friends and spent a lot of time together, throughout elementary, junior and senior high school. I learned to sail with Dave and his father, spending multiple summers with the Wright family at Mission Bay in San Diego. We sailed Hobie Cats – my Dad jumped in with our own Hobie and travel trailer and we

joined the Wrights in Mission bay some summers. In high school, we double-dated, cruised, worked on Dave's infamous green Ford Maverick, listened to music and generally hung out. Our group of friends was primarily made up of high achievers, whom also participated in various extra-curriculars such as band, sports, scouting etc.

As we grew up, Dave was always the friend I could talk to. His perspective was insightful and he was always available. Our friendship continues to this day without drama – our careers took directions (business in my case, public service in Dave's case) – but our friendship never wavered.

Dave's parents are both gone now, and I am currently dealing with the declining health of my parents. Dave has been helpful in supporting me and sharing his experiences and thoughts.

Dave has always been a high-achiever academically, honest, thoughtful, and successful in his career. He has always had a keen focus on family, and he and Carolyn raised three boys and now grandchildren are in the picture. Note that there is a theme of public service imbedded in the Wright family story – teaching, working in public utilities, law enforcement.

As to the court proceedings, Dave has been appropriately guarded and has shared nothing beyond the public details, nor have I pressed for more. We have spoken about the future and possible outcome and he fully understands the situation and is clearly remorseful.

He is concerned about his family first and foremost. Family has always been important and will continue to be.

Dave has much to offer – his knowledge, experience, communication skills, thoughtfulness. How can these assets be applied to help the community as a key component of his sentence? Directing Dave's energies in this direction would be result in a positive outcome for all.

Your Honor, the best I can do in this format is provide a high-altitude flyover and reinforce that Dave is a good man.  I am richer for having Dave in my life – there is no doubt.

Sincerely,

Dan Lelchuk

Daniel B Lelchuk
16802 Coral Cay Lane
Huntington Beach, CA

# EXHIBIT 4

Evan D. Wright
11836 Stonefield Drive
Corona, CA 92883
December 28, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

My name is Evan Wright and David Wright is my dad. I'm the oldest of Dave's three sons. I'm
36 years old, have been married for about 10 years, and have three kids. I am a police officer
with the City of Riverside and have been since 2006. I've seen my dad go through many
hardships during my life. I'm not going to name them all, but my life as his son has been
different than most kids with their fathers. I've seen my dad and mom split up at a young age and
even to this day they have a great relationship and I know my dad would do anything for my
mom as she gave him three sons.

Over the last year or so I've known about something going on involving my dad due to some of
the articles I've read online and seen on the news. My dad never mentioned to me the nature of
the case until recently and told me he pleaded guilty to a bribery charge and would be going to
prison. I know my dad and he's become distant due to the embarrassment he feels he's brought
on his family. I feel if he is sent to prison for a long time, he may never get out to fix the wrong
he's done.

During my childhood, my dad taught me and showed me some very important things that have
helped me and shaped me during my life. My dad taught me not to judge someone because of
their race, gender, sexual preference, etc. He didn't have to tell me not to do this, he showed me
through his actions and this has helped me tremendously, especially as a police officer. My dad
also taught and showed me what it's like to have a strong work ethic and provide for my family.
I am the sole provider for my wife and three kids and it is my duty as a husband and father to
give them the best life possible, even though I might not like or want to work long hours for
continuous days. These things have caused me to be able to do the job I do, being on the full time
Riverside Police SWAT team, being on call every day, and not having a set schedule.

Even though the decisions and actions my dad took were wrong, especially for someone in his
position, I'm hoping this letter reduces the amount of time spent in prison as he has five
grandchildren, all under the age of 12, wanting a grandfather in their lives.

As a husband, father and police officer, I know if you do something wrong, you should be
punished. I know I'm not supposed to talk about the way I feel about the justice system,
however, I see it first hand and I have a different opinion than my brothers and everyone else
writing this letter. I see child molesters, gang members who commit violent crimes such as
shootings and stabbings, habitual thieves, drug dealers etc., receive sentences of sometimes as
little as days in jail. Some of these people terrorize their community and my dad has not done

that. He made bad decisions in a position of power involving money, something that can be resolved and replaced. I feel that my dad's best decision is the one he made, taking a plea deal to minimize the risk of him taking this case to trial and receiving potentially a crippling prison sentence.

I understand what my dad did was wrong and I am writing this letter in hopes that you will take my thoughts into considerations when deciding my dad's punishment.

Thank you for your time.

Sincerely,

Evan D. Wright

# EXHIBIT 5

Spencer D. Wright
5121 Palisade Circle
Riverside, Ca 92506

December 28, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

My name is Spencer Wright and I am David Wright's youngest of three sons. I am 29 years old, married with plans to have children and work as an electrical engineer in the utility industry. I am aware that my Dad faces a prison sentence based on his pleading guilty to federal program bribery.

Growing up, I learned at an early age that my Dad worked for the local utility. Whether we were out doing yard work together, making a quick trip to Home Depot or going out for a bite to eat, we would always run into someone he knew through work who would stop to say hello. They would tell me how great my Dad was and how he had helped them in some way. It always made me feel good knowing that my Dad was helping others and that so many thought so highly of him. He has always been my role model and I knew that I wanted to follow in my Dad's footsteps. He encouraged me to do well in school, supported me through every one of my passions from golf, restoring old Volkswagens, to most recently fixing up my first house. He is one of the most influential people in my life who I love tremendously.

My Dad plays an active role with his children, grandchildren, partner, and my mother. He has always been there to call and talk to about your day, offer advice, console you when you are having a rough time. He cares deeply about his family. He has been there to provide guidance to my brothers and me, and to watch his grandchildren grow up. He attends their t-ball games, dance recitals, birthdays, hangs out with on weekends and weekdays, the list goes on. He loves all of us and we love him.

My Dad understands what he did was wrong. He has learned a significant amount from what he has experienced and his contrition is obvious. This is completely out of character for my Dad and has been shocking not only to our family, but to many others who have known my father for decades both personally and professionally.

It has been publicly announced that he has pleaded guilty to bribery charges and his reputation and career have been ruined by his actions. He will never work again in the utility industry. Many of his personal and professional relationships that he has built over his life have been ruined. The embarrassment and shame that he has experienced and will continue to experience on a daily basis for the rest of his life has been eye opening to him.

I am asking that you take into consideration my Dad's family that he loves and cares deeply

about when deciding his punishment. I worry what being in jail will do to my Dad at the age of 62. How the time away will affect his personality, his lovingness to his family, his ability to connect to his kids, grandkids, partner and friends. I worry that being away from his family for a prolonged amount of time will change my Dad and his relationship to all. Again, I please ask that you take this and his long and notable professional career into account when deciding my Dad's punishment.

Sincerely,

Spencer D. Wright

# EXHIBIT 6

Vincent J. Price
2252 El Capitan Drive
Riverside, CA 92506

January 3, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld:

My name is Vincent Price, I am 56 years old, and currently work for the City of Riverside.  I am David Wright's partner, and we have been together for 18 years. I understand that David will be pleading guilty to bribery and is expected to be sentenced in the United States District Court in Los Angeles sometime in the near future.

After meeting David and going out together a few times, one of the things that really attracted me to him was his devotion to his family, including his ex-wife.  Despite the fact that they were separated, David really made a point to be active in his children's lives, and supported them (and his ex-wife) financially as well as emotionally.  He did not want to just be a father in name, but he wanted to make sure that they could always rely on him being there for them.  This was an extremely important quality in my opinion, as I've known families that have been torn apart when the parents separated.

As a veteran having served over 10 years in the Air Force, we were always taught to have a high level of discipline and to be honorable at all times; I believe David has those qualities despite not having served in the armed forces.  I think he has a high regard for being a father, and has always made sure to try and instill those same qualities in his children.  I believe he has been very successful in that regard, as all three of his children have gone on to become public servants, and two of them have children and are instilling those same qualities in their children now, as David did for them.

David's devotion to family extends to his ex-wife Carolyn as well.  I have watched them co-parent their children for 18 years, and I see the bond that exists between them.  They are truly best friends, and both do their utmost to ensure their children know that they are there for them.  David went above and beyond to make certain that Carolyn had everything she needed to be a good stay-at-home mother while the kids were young, and continued to support her and the kids when she decided to become a teacher, a decision that I'm sure David was very involved in planning with her.

David was a public servant for over 30 years, and has built up an enormous list of accomplishments during this time.  While there are probably too many to list here, one item worth mentioning is his long-range strategic planning at Las Vegas Valley Water District (LVVWD)/Southern Nevada Water Authority/ Silver State Energy Association, which resulted in staff rightsizing, entity reorganization, executive team development, $1.5 billion in debt refundings, and postponement of additional debt.  He also restructured LVVWD's pension benefit investments and distribution, saving millions of dollars annually.

Under David's leadership, Riverside Public Utilities (RPU) received numerous industry-related awards.  He developed strategies resulting in extremely successful community outreach programs, including transparent water and electric rate adjustments, resulting in strong community support.  He worked proactively to negotiate individual utility contracts with local businesses, and he's always built a strong positive consensus among employees, elected and appointed officials, and all member agencies he has worked with in his over 30-year career.  David has also received personal recognition for his work in the public sector, including a business award from the Riverside branch of the NAACP.

David's positive attitude and his management style has made him a favorite among many employees still here in Riverside that used to work for him.  Many have told me how David personally has helped them in their careers, even if that meant leaving Riverside.  I have current friends that continue to call David a role model and a mentor for them.  Even though we have a personal relationship, he has also been a guiding figure for me and the professional development of my now 15-year local government career.

It now has been publicly announced that David will plead guilty to bribery charges.  This has done irreparable harm to his career, and I know that he is extremely remorseful and regrets the actions he took to be in this current situation.  This is very much out of character for David, as I believe many will attest to.  He has apologized to myself, his family and many friends and professional colleagues.  While there may be some colleagues where their relationship or friendship with David may now been tainted or ruined, there are many of us who know and understand that these actions taken are not a true reflection of David's character.

David has always been a fair, compassionate, and trustworthy individual that many people could always rely and count on; many of us will continue to love and respect him.  It has been that mutual respect and love that has kept us together for 18 years.  While we will continue on with our future, I am concerned about how an extended time in jail might affect him physically and mentally.  Again, David does understand what he did was wrong and regrets his actions terribly; I ask that you please take this letter and any other letters received into account when making your decision, and use them as a true referendum on David's character. I ask that you please consider a lenient sentence, as much damage to David's reputation and career has already occurred, along with consideration of his age.

I thank you very much for your time and your consideration on this matter.

Sincerely,

Vincent J. Price

# EXHIBIT 7

Michael Bacich
4568 Enrico Way
Riverside, CA 92501

January 14, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1 st Street
Los Angeles, California 90012

Dear Judge Blumemfeld:

I am writing this character reference letter regarding David H. Wright whom I have known since 1998 in both a personal and professional relationship. I am aware of the charges against him.

I have been in the utility industry for the past 22 years, with much of that at the management or executive level. David has been a visionary in this industry. Leading many organizations through multiple crises' including deregulation, power and water shortages, legislative challenges, litigation, contract negotiations, and pivoting quickly to sustainability as constant challenging trends emerged from California. During all these challenges, he responded adeptly and responsibly, often being the first voice in the city (Riverside particularly) to express a way forward. Many of the solutions David brought to fruition were not even part of his duties as outlined for the General Manager of his department. They were for the good of the city and community overall.

Under his leadership, the City of Riverside was given more recognition in terms of awards and financial benefit (as in the case of the 2009 American Recovery and Reinvestment Act) than at any time in the history of the city. Several prominent citizens including the mayor, elected officials at all levels, city management, and leadership at the Greater Riverside Chambers of Commerce were particularly inclined to cite Davids's accomplishments as those of their own or the greater region. His work brought local, state, national, and international acclaim to the City of Riverside. Because of his efforts, Riverside was recognized as the first Emerald City in the State of California as selected by the State Department of Conservation to recognize the "greenest of the green" cities in the state. Riverside was also selected as the "Most Intelligent City" in the nation, the "Most Playful City" in the state, and many other various recognitions that led to the city being an economic development powerhouse in the middle of some of the most severe economic downturns in the state's history. Many of his accomplishments were not required by the city but merely offered as solutions by David for the betterment of his community. His efforts as leader of the utility department contributed significantly to an effort called the Riverside Renaissance, a public

works and utilities infrastructure program that fast- tracked 20 years of public works efforts into five years, the first and as far as I'm aware only effort of its kind in the nation. He is unparalleled as a department head in the City of Riversides long history.

On a personal level, David has mentored numerous employees and individuals in their efforts to get ahead both personally and professionally. While at the City of Riverside, he developed the first ever succession planning program to meet the challenge of oncoming retirements and to identify future leaders to groom and train them for leadership positions of the future. He was the first in the city to do so and others followed his lead.  As a former employee of the City of Riverside, and now only current resident, I can observe that they are no longer following this example. Many of our city services are severely lacking despite no explanation. Many people still employed by the city have remained and risen through the ranks in terms of jobs and education as a direct result of Davids encouragement and example. In terms of education, he also started the first ever mentoring and education program in the departments history, offering a career path and incentives for continuing education and training. He fast tracked a veterans employment program, and encouraged cross training among divisions and departments. Again, all for the greater good of the city and the region. David also started endowed scholarships at several local colleges and universities to encourage students to consider a career in public utilities. I don't know of another local effort of this kind.

As far as his vision goes, its vast and long lasting. David was one of the first in the state to recognize the impacts of deregulation in the late 90's, developing a contractual rate that kept the largest customers (representing 80% of utility revenue – half of the entire city's budget) to remain with the city even after the option of choosing another provider. One particularly famous example was the contract with the University of California, Riverside to stay with the City of Riverside while all other UC campuses chose Enron -a decision that cost the state millions of dollars in losses after the collapse of Enron , and led to the Riverside campus saving millions of dollars, many jobs, and allowing the continuing expansion of the campus which now even includes a medical school. David was instrumental in bringing many businesses to Riverside, rather than leaving the state entirely with the creation of an Economic Development rate which attracted and retained businesses to the region bringing in many thousands of jobs a multiple millions of dollars in revenue to the City of Riverside.

Beyond his work functions, David has been a leader in the community, volunteering much of his time to various nonprofit organizations, particularly around arts and education. Many people have benefited from his generosity and philanthropy. His efforts in a program from the Chambers of Commerce called Leadership Riverside extended far beyond his time in the program.

If I have to consider his overall contributions, I would say they are significant and long lasting. David has proven for many years that he cares about people and community and wishes to serve and give back. I know that he, being the son of immigrants was raised this way. His own children are now grown, married, and productive members of the community. Many, many people, myself included, owe much of their career success to Davids concern and involvement.

Without knowing the particulars of this situation, I can say unreservedly that any punishment that removes someone of Davids caliber and character from the community to be punitive, and a waste of great potential to the common good. I would strongly implore you or anyone to grant some level of leniency and extend some small measure of mercy in this case to keep him in the community where I have no doubt he would be of far greater service and value to our increasingly challenged environment. Please feel free to contact me with questions or if you require any additional information.  I, again sincerely implore you as best I can to look at the overall value of this man on the many people whose lives he has touched and will, I believe continue to do so.

With my heartfelt appreciation and regards,

Michael Bacich

# EXHIBIT 8

December 25, 2021


Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

I am writing this letter for David Wright, who I have known since 1991, as a friend, supervisor, and colleague.  I'm hoping I can share some information about Dave that will assist you as you review his case pertaining to his admission of guilt to federal program bribery.

I first met Dave and his wife Carolyn in 1991 when we were members at the same fitness center. Dave and I socialized regularly at the gym and over time became friends.  I was working as a Production Control Supervisor at Rohr Industries at the time.  In 1994 Dave mentioned that there was a job opening at Riverside Public Utilities for Field Services Manager, that he thought I might be a good candidate for.  I applied, but was not selected, initially.  Several months later I was contacted by Human Resources that the position was available again, and was I still interested.  I went in for another interview, and this time was offered the job.  At this time, Dave, as the Assistant Director of the Utility, became my direct supervisor.  I reported directly to Dave for four years, and he was a demanding, but fair boss.  He mentored me, and provided me many opportunities to grow.

In 2001 I accepted a job with the City of Banning's Electric Utility as their Power Resource & Revenue Administrator, and in 2009 I was promoted to General Manager.  Riverside Public Utilities had contracts with Banning Electric to provide utility support services, and Dave had been promoted to General Manager at Riverside.  Dave ensured that Riverside, as the larger utility with more resources, provided as much support and assistance to Banning as necessary. He also provided similar assistance to Colton's and Azusa's utilities.  Dave was always looking for ways to help out individuals and organizations that needed assistance.

As General Managers of our utilities, Dave and I were both on the Board of the Southern California Public Power Authority (SCPPA).  SCPPA is an organization made up of the 12 municipal utilities in Southern California.  Dave was very active in the organization, and was consistently developing ways that SCPPA could help maximize benefits to its member utilities. He continued to mentor me and encouraged me to take an active role on the Board.  As a result, I was elected by the Board to be Vice President, and then President.  I could not have achieved this without Dave's support.

On the personal side, Dave is an amazing Father.  Over the years I've seen him interacting with his three boys, and you won't find a better Dad.  He loves his boys unconditionally, and provided an environment where they could flourish as individuals and grow into fine men.

Your Honor, I understand that Dave is charged with a serious crime, that has consequences. However, I hope you can look at the good he has done over the years, and can factor that into your ultimate decision.  Thank you for your consideration.

Sincerely,

Frederick Mason Lewis

# EXHIBIT 9

January 1, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 West 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

My name is Jerry Rogers and I am the former Finance Director/ Treasurer for the City of
Riverside and Chief Financial Officer for Riverside Public Utilities. I have been married to
Judith Rogers for 41 years and have two adult children.  My wife and I have lived in Palm
Desert, California since 1986 and own an escrow business serving the community and
the local area. Since 1988, I have commuted to Riverside as an employee of the City and
since 1989, I have been co-workers and friends with David Wright. I am very aware of
the serious nature of the charge he is facing and do not take the situation facing David
lightly, but do want to offer some of my perspective of the man you are sentencing.

David and I have been close friends since 1989.  We both worked in the finance field in
various capacities at the City of Riverside until David took a Chief Financial Officer
position in Las Vegas in September 2013.  I remained at the City of Riverside until I
retired in 2014. David and I remained in close contact while he worked in Las Vegas and
also when he moved on to the Los Angeles Department of Water and Power.

David and I have shared some good times together as individuals and co-workers but
also  helped each other through some very difficult times that life often presents
including health issues and the ultimate split up of his marriage.  One of the darkest
times in David's life, notwithstanding this situation, was the breakup of his marriage and
then navigating the life of a gay man.  He now has a partner of 18 years and is best
friends with his ex-wife.  All done to keep the family unit intact.

David is one of the best fathers I have had the honor of knowing.  I have had the
opportunity to watch all three of his children grow up to be fine young men.  All gainfully
employed, the oldest a police officer, another holding a managerial position in the utility
industry and the youngest an engineer, also in the utility industry.  They are all married
and have provided Dave with five grandchildren.  All of whom he adores and is very
involved in their lives.

David's compassion and character have always been his best qualities.  While there are many examples, a specific incident comes to mind.  David managed an employee who had falsely filled out her application for a promotion.  Her transgression was later discovered after she had been on the job for a couple of years.  While her performance on the job was very good, David, as General Manager, had to deal with the falsified application.  After much discussion and thought, David put a plan together that demoted her back to her original position and required her to obtain her GED within one year.  David could have simply terminated her employment, but the humanitarian side of his character saved her career and her livelihood.  Today this woman is a valuable employee of Riverside Public Utilities.  She obtained her G.E.D in just eight weeks and also her Bachelors and Masters degrees from California Baptist University. A true success story made possible by David's action and the employees' determination after being provided a second chance.

David has had a very positive impact on the City of Riverside community through his efforts and financial expertise and by promoting numerous cultural and philanthropic activities having an impact on countless Riverside residents through his initiatives both individually and through his role as General Manager of Riverside Public Utilities.

I have personally seen the toll these legal proceedings have taken on David.  While he would and could not get into specifics of actions taken against him since being terminated from LADWP, the effect has been evident.  Sadly, he is not the same person, but life has a way of going on. He has learned from the experience and is embarrassed and remorseful for his actions.  He has stated to me that this singular event has tarnished his entire 30+ year career in public service.  A very sad statement after a career with so many great accomplishments and benefits to the communities he has served. All compromised by a single event.

My biggest fear is that if David is incarcerated, he will not emerge from incarceration the same person as he is now.  I also fear that his family will never be the close unit they are now.

David's plan is to serve out his sentence and then return to his family and friends who will welcome him.  In arriving at his sentence, please consider all the good David has done in contrast to this one singular transgression.

Sincerely,

Jerry Rogers

# EXHIBIT 10

Hunter J. Rice
5121 Palisade Circle
Riverside, Ca 92506

December 28, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

My name is Hunter Rice. I am writing this letter on behalf of my father-in-law, David Wright. I
have been made aware of the charges that Dave is facing and I am writing this letter in order to
shed some light on the character that I have observed over the years. I have been married to
Dave's youngest son, Spencer, for 1 year and have been with the family for over 4 years. I have
been an engineer in the utility sector for the past five years since graduating college and can
speak on Dave's character as a family member, a working professional and advocate for women
in science, technology, engineering and mathematics.

I have had a personal relationship with Dave for nearly 5 years and have known of Dave as a
professional for the past 6 years. The first time I officially met Dave when my husband took me
home to meet his family for the first time. Dave and the rest of the Wright family welcomed me
into their home with open arms. They asked me about what my family was like and took the time
to get to know me. I could tell that Dave cared a lot about his family. Over the years he has
showed me and my family love and respect as my husband and I continued to evolve our
relationship.

Dave loves to spend every chance he can with his family. His grandchildren look forward to
visiting him at his home and playing in his backyard all weekend. There is always an open
invitation to join him for meals and I can recall numerous times where we have been out eating
as a family and one of his ex-employees has approached us to say hello to Dave and express to
all of us how great of a boss he was. He is approachable and always welcoming.

One of the moments that I can remember being proud to join the Wright family was when I was
away for work at a Women In Energy conference hosted by the Western Energy Institute. The
conference's keynote speaker was a woman that led one of the major Southern California
utilities. She talked about how difficult her life had been as a first generation American and the
struggles that she faced growing up. She spoke of all the people that helped her along her journey
to where she was that day. She referred to these people as her angels. One of the three angels that
she spoke about was Dave. She showed his photo and I instantly felt so proud to see his smile on
the screen and know that he has been a pioneer of launching women, similar to myself, into
successful positions that they were more than capable of handling. When I reflect on Dave's
character this moment stands out to me. Dave is someone that can find the best in everyone and
help them to recognize it within themselves. He looks after those that he cares about.

Although I have not been a part of the Wright family for very long, Dave has had a big influence on my life. He is one of the people that my husband looks up to the most in life and he has helped us make most of the major decisions that we have made. He provides guidance to all of his sons to help them make choices to set their families up for success. My husband and I have struggled for the past two years deciding where to settle down and start our family. Dave has supported us in finding what works best for us and helped us come together to make compromises and feel good about our choices. Dave often diffuses situations to help us feel calm and confident when we start to get overwhelmed. I can't imagine making such huge decisions without him there to help provide guidance and reassurance.

I believe that Dave feels deep regret for the way he conducted his most recent professional endeavors. I know that it pains him to think about being away from all of us for so long and as the wife of his youngest son, it hurts me to think that he may not be around to help us welcome our first child into the world when we start our family. I know my husband feels a constant stress about having to assume some of Dave's family responsibilities and it saddens me to know that he won't always be right around the corner anymore.

From what I know about Dave, he is a public servant and he loves his family deeply. He wants nothing but the best for those that he loves and doesn't want to miss a thing. He cherishes his time and memories with his family and I am sure his goals for the future are to make up for lost time.

I am asking that you please take this letter into consideration when determining Dave's punishment.

Sincerely,

Hunter J. Rice

# EXHIBIT 11

January 6, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W 1st Street
Los Angeles, CA  90012

Your Honor:

I am writing on behalf of David Wright.  I met Dave in approximately August of 2013.  I had been the Executive Assistant to the Chief Financial Officer of the Las Vegas Valley Water District/Southern Nevada water Authority for twenty years. Dave was hired as my boss, the new CFO. From the very beginning he was kind, accepting and patient, and we formed an immediate connection. I cherished his leadership and friendship from the beginning.

The LVVWD/SNWA was going through a difficult financial period due to our deepening drought and the downturn in our economy. Dave had to make many difficult decisions regarding the company. He gave me his full trust and confidence and we were able to make many difficult decisions to keep the company from financial ruin. Our finance department was always conducted with the strictest standards of integrity and he maintained those same high standards, regardless of senior management's wishes. A new general manager of the company had recently been appointed and the company was in flux. Dave had been directly assigned to fire at least two long time employees (I suspect I may have also been included, due to the strained relationship between the new General Manager and the former CFO, who had died). He took the time to get to know both men and although one of them would not accept the new requirements and soon retired, Dave felt confidence in the second manager and fought to keep him with the company, eventually transferring him to a different department, saving his job. I felt that this demonstrated his determination to make his own decisions about vital company resources, regardless of pressure from senior management's biases.

On a more personal note, he quickly assimilated into the community and in his short time here he worked to accept and improve the organizations he supported. He was instrumental in helping me accept the lifestyle chosen by my own son and increase the love among on my own family members.  I was very sad to see him leave our company, but he tried to assist me to secure my future employment with the company.

Dave was a very good friend to me and encouraged me to purchase a different house that was more suited to my future needs. With his moral support, I did purchase a more suitable home and I will always be grateful for his kindness and support.

Dave is a wonderful Father and is extremely proud of the accomplishment of his adult sons. His excitement at the addition of each new grandchild indicates to me his deep love a family.

David Wright Character Reference
Page Two

The recent legal difficulties that Dave has encountered have been very surprising to me. He has expressed to me his deep remorse in the activities that occurred at the end of an outstanding, distinguished career. Dave deeply loves and is loved by his family. The consequences of his actions have been devastating to all involved. Lengthy prison sentences would benefit no one and hurt many. Dave is very aware of the pain and disappointment his actions have caused to those he loves the most and I feel that he should be given the opportunity to put these mistakes behind him and spend the remainder of his life with his loving friends and family.

I humbly request leniency for this fine human being.

If there are any questions, please do not hesitate to contact me.

Sincerely,

Karen A. Hayes
Former Executive Assistant to the CFO, LVVWD/SNWA (retired)
3182 Violet Peaks Street
Las Vegas, NV  89117
(702) 812-4373

# EXHIBIT 12

December 20, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumemfeld:

My name is Lynn Callandrillo Scott. I have been a California resident for 35 years. I am writing on behalf of David H. Wright being aware of the nature of the charge against him. I worked at the City of Riverside as a temporary employee in July of 1996 and was hired as a permanent employee by Mr. Wright as his secretary in September 1997 and remained in that position until I was promoted to a Programs and Services Representative for the utility in the year 2000. I retired from the utility in September 2019.

My job as a Programs and Services Representative consisted of calling on several of the utility's largest customers to assist them in their efforts to conserve energy and improve their environmental footprint. I wrote reports for City Council and the Board of Public Utilities. I later transferred into the Marketing Division of the utility creating ads, I produced the radio show, The Green Power Report, hosting environmental activist such as Philippe and Alexandra Cousteau, Ed Begley, Jr., other celebrity activist with environmental interests, scientist, politicians, and executives. I also worked with my colleagues creating community events to promote the utility, and I attended community functions representing the utility that I had the privilege to attend where George W. Bush, Condoleezza Rice, senators, and various other political figures were the guests of honor.

I know Mr. Wright, Dave, now for 25 years. I know his family from years ago when he would bring his 3 little sons into the office who have now grown into successful, intelligent, and courteous young men.  Dave is a good man and I consider him a well-respected, intelligent boss who was the most capable of running the utility the best I saw it run in the 23 years I was there. Riverside Public Utilities (RPU) had the best customer approval rating in the 90-percentile range when Dave was the General Manager. As a colleague of city executives, he assisted the mayor in developing a successful sustainability program for the city, worked with the Chamber of Commerce to educate city businesses on energy conservation and helped build four 10 MW natural gas-fired turbines at the Springs generation plant and four 49 MW natural gas-fired turbines at the Riverside Energy Resource Center.  He developed an electric rate for Riverside businesses according to their usage, that helped them conserve on their electric bills.

I always knew Dave as a friend willing to help all who worked with him in various capacities and I have never seen anybody ever disrespect him. I learned a lot from Dave, about the Electric and Water industry in public utilities and the investor-owned utilities (IOU), the

differences between them, how they run, and why cities that own their own utility are lucky to have it.

I believe a protracted incarceration of David H. Wright would be detrimental not only to his family and friends but to the communities who would be lucky to have him work for them and with him. Dave is a beneficial asset to any establishment and he would be more useful working in public than in captivity. Dave likes people and people like Dave. I don't know what Dave may or may not have done to be in this position, I only know Dave as an excellent father, an outstanding boss and manager of people, and as a kind and helpful friend that gave me, a widowed woman, a chance to excel and be able to take care of myself in my retirement, my golden years. I can only hope you will see Dave as an asset to any city and its residents and will be lenient with your decision.

Respectfully yours,

Lynn Callandrillo Scott

# EXHIBIT 13

Marjorie Mitchell
19631 Mt. Wasatch Dr.
Riverside, CA. 92508
951-323-0133
beadmecca@yahoo.com

December 20, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Re:  Character Letter for David Wright

Dear Judge Blumenfeld,
I am writing you to share my knowledge of the character of David Wright, who has pleaded guilty to federal program bribery and is scheduled to be sentenced in United States District Court in Los Angeles in the near future.

I met David (Dave) Wright in 2000, at a strategic planning meeting for the City of Riverside's Museum.  I was struck by his vision, and his ability to recognize the importance of different entities working together to support common goals that would benefit the community.  At the time, he was the Assistant General Manager for Customer Relations, and I knew that I wanted to work in his organization because I felt he "got it".

After a few tries, in 2003, I began working at the City of Riverside Public Utilities Department with Dave.  In 2009, he was promoted to General Manager.  In 2013, he left to accept a position at the Las Vegas Valley Water District.  I worked closely with him through his direct report Michael Bacich, providing marketing and community relations services.  I knew Dave as someone who had the best interests of his community at heart, and who was actively engaged in supporting his staff with opportunities to grow and learn.  As a manager, he worked hard to leverage my strengths for the benefit of the organization and encouraged growth and development in areas where I needed training.  I was energized by Dave's commitment to Riverside, as my family is an old citrus-growing family that has lived in Riverside since the 1880's.  In that spirit, he gave me projects that were aimed at raising Riverside's visibility as the crown jewel of the Inland Empire.

Under his direction, I administered the sponsorship program that funded many worthy non-profits in Riverside each year.  During that time frame, I experienced exponential professional growth with his guidance and his leadership by example.  He proved to me that by supporting the community, in turn, the community would support the utilities in undertaking major infrastructure projects.  These projects were built and have improved the long-term reliability and viability of our infrastructure.

On a personal note, I believe him to be a devoted and generous son, brother, husband, ex-husband, father and grandfather.  He is actively engaged in his family life and is a loving man with a great sense of humor.  He started a family, had three kids, and then realized he needed to be true to his sexual orientation.  He financially and emotionally supported his ex-wife and

children through this very difficult part of his life. He has been an upstanding role model for the gay community.  I have admired his transparency about his life choices as he gave presentations to the community about his story.  Within the conservative circles of Riverside, that was not an easy road to choose as a top executive.  I personally witnessed homophobic gossip about him from other managers (his peers) and recognized that, at the time, our city manager (his boss) was also homophobic.  Despite these challenges in a non-inclusive work environment, he continued to do an exemplary job.

Since he left Riverside Public Utilities in 2013, I have had very limited contact with Dave.  We had a few lunch dates in Los Angeles in 2016, where he indicated that his work environment was difficult, especially with seeking meaningful access to his direct report, Mayor Eric Garcetti. Since his termination from the Los Angeles Department of Water and Power in 2017, I have had infrequent text conversations mostly related to his grandchildren.

I retired from professional life in 2019. I think of Dave as a pivotal person to my 25-year career in public sector work, and someone who gave my life more meaning and purpose.  As a lifelong Riversider, I know that without Dave's accomplishments, we would be lacking a reliable energy supply, and have a weakened water storage capability.  I am proud of my time working with Dave, where we to took decades-old projects through to completion.

I am obviously aware of the charges that Dave is facing, however, they are incongruent with the valued mentor I worked with for ten years.  Please feel free to contact me if you have any need for clarifications.  Thank you for your time, your Honor.

Respectfully,

Marjorie Mitchell

# EXHIBIT 14

Stephen H Badgett
12469 Skyracer Drive
Las Vegas, NV  89138
951.231.4487
stephenhbadgett@gmail.com

January 1, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

My name is Stephen H. Badgett and I am writing to the court to convey my personal knowledge, experience and working relationship with David H Wright (Dave) and provide, a description of his character as I have known it for many years.  I am hoping you will consider the contents of my letter in your sentencing decision.

I have worked in the public sector for over 46 years.  I retired in 2015 after 25 years with the city of Riverside where I served in a number of executive positions.  The majority of my time with the city was with Riverside Public Utilities (RPU).  At the time RPU was the 5th largest Publicly Owned Utility in California and the 25th largest in the nation.  From 2001 to 2015 I was a member of the senior executive team serving as the Interim General Manager, Chief Operating Officer and Deputy General Manager.  Until 2013 Dave was also a member of that team and eventually my superior when he was the General Manager.  During this period of our careers, California electric utilities were facing unprecedented times with very serious challenges: adjusting to a newly deregulated market; restrictive legislative initiatives both at the state and national level; climate change; a diminishing workforce; and pressures to keep our rates competitive with other states to continue a positive California advantage.  During this period is when Dave and I developed a very close professional and personal relationship that still exists today.

Working with Dave during those years instilled in me core values I still believe I possess today.  As the General Manager, Dave was a corporate strategist and policy maker with a focus on customer service and the utility's employees.  His efforts were to ensure customer satisfaction and resilient economic development for the city.

During his career at RPU, Dave developed programs for workforce development and to attract, develop and retain quality employees from the community.  One of the key initiatives Dave implemented was the implementation of a utilities training program directed at graduating high school students that were not able to attend college.  Working with the two school districts within RPU's service territory, certain students were recommended by the schools to enter this program for the summer.  These students would be paid and taught a utility trade or vocation.  They were assigned mentors, attended classes, and worked alongside other utility employees.  At the end

of the program, the students could apply for any openings the utility may have.  There are many individuals today that owe their successful utility career to this program that Dave created.

A key component of a high-performance organization are its employees.  Although there were 600 plus employees at RPU, Dave made sure he reviewed every performance evaluation before he signed it.  He explained to me that although you can't know every employee personally, you can know how they contribute to the organization and be able to recognize that if your paths do cross. I have followed this advice throughout my career.

Dave was a true believer in community and industry involvement.  He was a member of the executive Board of the Greater Riverside Chamber of Commerce and volunteered his time to a number of local interests and causes.  He served on a number of local, state and national boards and commissions due to his knowledge of the industry.

As noted above, Dave and I have had a strong personal relationship for 20 plus years.  Although most of our time together was spent at work, naturally family comes into the conversation from time to time.  Dave was separated from his wife at the time but was very much involved with his three sons and their mother Carolyn.  I admired his ability to be so involved with his family while managing his professional obligations and learned from these observations.  He often shared his, Carolyn's and his son's conversations with me as the boys were trying to choose career paths, where to live, matrimony, children and other life choices.  I can only characterize him as a loving and caring father, father-in-law, grandfather and ex-husband.

Dave attended my wedding to my wife Susanne and she and I have attended two of his sons' weddings.  These attendances were not professionally obligatory; as friends we all wanted to be part of the celebration.  This friendship has continued even though we have not worked together since 2013.  We have spent many social weekends together.  Dave has graciously opened his home in Palm Springs to my wife and her coworkers when she attends an annual conference there.

My wife and I were not aware that Dave had pleaded guilty to federal program bribery until it was made public and we were informed by him.   I had a lengthy phone conversation with Dave soon after.   Our conversation centered around his remorse for his actions, and the worry and embarrassment he had caused to his family.  He also spoke of him being responsible for his offense and lapse in judgement.  He spoke of having hope for a future where he will be able once again spend time with his family which is the most important part of his life.  Like the hundreds of past conversations I have had with Dave, I believe what he said to be true and honest.

Respectfully Submitted,

*Stephen H Badgett*

Stephen H Badgett

# EXHIBIT 15

Jeffrey A. Wright
5284 King Street
Riverside, Ca 92506

December 28, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

My name is Jeff Wright and my father is David Wright, who is currently pleading guilty to
bribery and is expected to be sentenced in the United States District Court in Los Angeles in the
near future. I am the second of Dave's three sons and am 34 years old. My wife and I have been
married for nearly ten years, live in Riverside, CA, and have two young boys aged 7 and 4. I
have followed my father's footsteps in my career path and currently work as an Utility Principal
Resource Analyst at Riverside Public Utilities, where I have worked for the past 8 years.

When I was 8 years old, my father came out as gay and separated from my mother. This resulted
in spending my childhood at my mom's during the week and at my dad's most weekends. I know
it was incredibly hard for my dad to be away from his kids. I also know it was challenging for
him to be true to himself and accept that people may treat him differently knowing that he was
gay. My dad financially supported my mom through the separation and has maintained a strong
bond with her to this day. From my childhood to adulthood, I have only seen him respect, love,
and support my mom. Now that I am married with kids, I admire the way my dad stayed present
for his kids, regardless of his personal struggles. Our family dynamics are different than most
and I believe it is a result of my dad's perseverance to build a family that is accepting and loving.
My dad has shown by example that it's okay to love who you love regardless of gender or race.
This accepting mindset has trickled down to each one of his children and grandchildren.

I admire the way my father tried his best to be a fair dad. I can remember as a teenager when he
called my high school and told the administrator that I had ditched class resulting in a "Saturday
School" as my punishment. He encouraged us to try our best in school but did not set
unreasonable expectations. He also wanted his kids to understand the value of hard work and
pushed his sons to work during high school and college. Although my dad had success in his
career, my childhood wasn't full of handouts and free rides. However, at each accomplishment in
my life, my dad was the first one to give recognition. Looking back, I wouldn't be as driven as I
am now without his guidance and fair parenting style. My dad has developed three hard-working,
reasonably successful, accepting sons, all married, and two with children. I believe the
educational, career, and personal success of each one of his kids is a clear indication that he is an
involved father.

As I work at Riverside Public Utilities, I have been told numerous times from coworkers that my
dad was a great manager. They often tell me success stories of "when Dave was running the

utility" or "this would have never happened under your Dad's watch," if a project was requested that they didn't approve of. I have heard stories of him being stern with field workers abusing break times and respected by staff at many levels. I have also heard stories of compassion when he allowed a member of water engineering with an alcohol problem to keep his job after receiving a DUI. The engineer has said my dad "saved his life" by giving him a second chance at his career, which helped him avoid hitting rock bottom.  When my dad left Riverside Public Utilities, he left with a reputation of being fair, hardworking, trustworthy, professional, and compassionate.

In the last month, my dad's personal and professional reputation has been tarnished to say the least. Friends, family, current and past colleagues, all saw the news related to his guilty bribery plea. The bribery plea definitely caught me by surprise and is completely out of character, in my opinion. I have also been contacted by many out of disbelief as they were caught by surprise as well. My dad understands the pain and embarrassment his actions have caused to his partner, ex-wife, kids, and grandkids. My dad has apologized to his children numerous times for the layers of stress his actions have caused to his family. I believe my father is remorseful and has already began the initial suffering of his wrong doings. He wants to be present for the next chapter of his life as his grandkids grow into young adults. He loves his family more than anything. I am worried that at 62 years old, my father's health and mental state will deteriorate quickly if incarcerated for a prolonged period of time. In closing, please consider my dad's love for his family, his age, the public and personal embarrassment he has already caused to himself and his family, and all the good he has done professionally during the course of his career when determining his punishment.

Thank you,

Jeffrey A. Wright

# EXHIBIT 16

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012


December 31,2021

Dear Judge Blumenfeld,

I am writing to you as a character reference for my friend David Wright.

My name is Katherine (Kathie) Westley, and I have known David since we were in Riverside
Chamber of Commerce Leadership Class of 1993.

At the time, I was working at a Mortgage Firm as a Loan Officer.  I was in Real Estate Mortgage
industry for 35 years and owned my own branch, Business West Mortgage, Riverside. I have
been retired since 2013 as I had a breast cancer in 2010.   I have taken my Leadership training
quite seriously, and have mentored many young adults in our community, been the President
of Ca. Riverside Ballet Board, President of YWCA Board, President of Riverside Sunrise Rotary
where I am still a member for 30 years.  I helped start the Pink Ribbon Place, a place where
women can come and obtain assistance when diagnosed with breast cancer.  My life is
dedicated to Service Above Self in my community.  Presently, I am a member of Sandals Church
and usher each Sunday morning.  One day I overheard my husband say, Kathie works to be able
to fund and give back to the community and I do believe that is a true statement of my
character.

David and I became great friends from our Leadership Class, and I was able to help him obtain
several mortgage loans for himself and his children.

I witnessed how David took the responsibility of his children and Carolyn, his wife, after they
divorced.  David made sure that they were well taken care of financially way more than what
usually happens in a divorce situation. I can say this with all honesty as in my profession at the
time, I saw many who hid their money or did the bare minimum.  His goal was to make sure
Carolyn could obtain an education to help support herself in the future and to provide for
herself and the boys.  I was impressed with the fact that the family all came first before him.
I watched as David led Riverside Public Utilities, how well respected he was by his employees,
how he interacted with us as customers, and his employees.  He treated people with respect,
fairness, and kindness.  I watched as he created programs that benefited our utilities and
community and let the Mayor and City Council take the credit for his work.

David has always been an achiever and goal setter and taught that to his sons as well.  He was
always reaching for the next level of experience, knowledge, and achievement financially.
These are good goals if they are done honestly.  I do not condone in any way the mistake David
has made,  but I do believe that he has seen the error of his ways and how his bad decisions

have impacted all who are associated with him.  I know that this has been so damaging and hurtful to his family and because of that alone I know that he has learned a most valuable lesson.

David is so intelligent, kind, and resourceful.  I feel his punishment should be to help others. Community Service providing knowledge and resources to help others.  David has never intentionally done anything personally to hurt anyone that I know so to see him sent to prison does not make any sense to me.  I would hope we could use his remorsefulness and resourcefulness to help our community in a better way.

Please find a way for him to repay his debt that does not include any prison time but helps to benefit our society.

Thank you for your consideration,

Katherine Westley

# EXHIBIT 17

Russ Leach
16475Tropez Lane
Huntington Beach, Ca 92649

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Ref: David Wright

Your honor,
I respectfully write to you today regarding the David Wright I knew and worked with from September 2000 until April 2010. During that period, I served as the Chief of Police for the City of Riverside while David worked first as Deputy General Manager of Riverside Public Utility and then General Manager.

We were undoubtedly the most visible and community active Department Heads in the City of Riverside. We bonded quickly when I first arrived in Riverside and shared many views involving leadership principles, management teamwork, outreach recruitment and a strong commitment to community engagement. He was a very well-liked department head; well regarded; highly respected and admired. I know that the Mayor, City Council and the City manager were all supportive of David professionally and personally. He was a frequent and popular guest speaker at the well-attended Riverside Chamber of Commerce "Good Morning Riverside" monthly breakfast meetings.

I knew David to be a principled man of high character and integrity. We were good friends and are still friends despite his legal issues. When I read the news articles about his case and his actions causing it, I was at first totally shocked and in denial; then I became upset and disgusted. Sorry for him and then not sorry for him. Then I accepted it, as a man with 35 years law enforcement experience should, since I have basically heard everything and seen everything there is to hear and see.

But David showed me once again the strength of character I knew him to have by admitting to his crime and being ready to accept whatever punishment the Court hands him. He should be punished. But David is a strong candidate for redemption and rehabilitation. He needs to once again become the David Wright who I admired and respected while working those 10 years together at the City of Riverside. He needs a course correction to focus on the positives in his life: his gift for leadership and management; his commitment to hard work; his strong sense of community involvement; and his unwavering love and support of his three adult boys. I have met two of his sons and I know of the other. They are fine young men who are very close to their father despite their parents divorcing years ago. They need him in their daily lives as much as he needs them.

The impact of David's crime is beyond my ability to speculate, except for the impact on David himself. He is deeply remorseful, sad and repentant. David is a good person with a big heart who deserves punishment that can best serve society.

Respectfully yours,

Russ Leach
Russ Leach
Chief of police (ret.)

# EXHIBIT 18

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

December 31, 2021

Re:    CHARACTER REFERENCE FOR DAVID WRIGHT

Your Honor, my name is Scott C. Barber, and I am writing this letter on behalf of David Wright, who has pleaded guilty to federal program bribery. I am hopeful that this information might be of assistance to you when making a sentencing decision. For background purposes, I am a retired public employee with almost thirty years of public service. I am married, have two daughters and two granddaughters, and a small but happy family. I am involved in my community in many ways, providing support and attendance at events such as gymnastics and competitive singing (both of my granddaughters are actively involved in these events). I support our Riverside Police Foundation financially, as well as providing financial support to various non-profits. While I am aware of the nature of the charge David is facing, I think it is important for you to know that in his past, David was a respected and valued member of our City's staff and our community.

David and I met when we both worked together at the City of Riverside, beginning in August of 2005. At that time, I was the Community Development Director and David was the General Manager of Riverside's Public Utility. As department heads, we had the occasion to work together on projects and attend meetings jointly. I always found David to be helpful, creative, and sincere in his desire to provide excellent service to our city. When I became the City Manager of Riverside, a position from which I retired in December of 2014, David supported my efforts to bring jobs and businesses to Riverside through the use of incentive based electric power rates for new businesses. These rates were approved by the Riverside Public Utilities Board of Directors as well as our City Council, and they were beneficial to so many of our residents who were able to obtain new or better jobs due to the increase in business activity.

During my time working with David, I always found him to be honest and forthright in his dealings with the public, elected officials, and city staff. He was a valued member of my management team, and when he departed Riverside to take a position in Las Vegas, his departure was a rather large loss for Riverside. His background in the private sector in accounting, as well as his large body of experience in the public sector, made him an asset to Riverside. One of David's attributes that I found very inspiring was his dedication to his family. One of his sons worked as a sworn Officer for our Police Department, and David's support for the work of his son was commendable. He was also a dedicated grandfather and a loving and caring father to his entire family. I am certain that a protracted separation from his family due to an extended incarceration would be harmful to both David and his entire family.

While I am unaware of the exact circumstances that lead David to become involved in the activity that resulted in this criminal case, having known him this long, I am certain that David has learned from this experience and is truly regretful for his actions. Also, given the publicity associated with this case, I doubt that David will ever have either the desire or opportunity to participate in any other criminal activity. I can say from my observations that the loss of public credibility and esteem is a penalty far worse that imprisonment. I think that David has suffered, and will continue to suffer, from this penalty far beyond any prison sentence. It is my opinion that this loss is a sufficient punishment for David's crimes, and I hope that any time in prison is kept to a minimum due to his close relationship with his family.

I hope that this information is helpful to you when considering sentencing for David. If you have any questions, I am available to provide additional information at your convenience.

Sincerely,

Scott C. Bl

Scott C. Barber
20899 Watkins Glen Road
Riverside, CA 92508

# EXHIBIT 19

**Senator Jim Brulte (Ret.)**
**33413 Paseo El Lazo**
**San Juan Capistrano, CA 92675**
**(916) 919-3097**

Dear Judge Blumenfeld:

I am aware that you will soon be sentencing Dave Wright following his guilty plea in the federal case against him. I am wiring on his to share my experiences with Dave both as a friend and a former client of my firm.

I grew up in the Inland Empire of California was privileged to represent both San Bernardino and Riverside County in the California State legislature in the 1990's and early 2000's. I am married with an 8 year old adopted daughter and have known Dave for almost 2 decades.

I first met Dave when I was a consultant to the Southern California Public Power Authority (SCPPA), which is comprised of local public power entities. Dave Wright was the General Manager of Riverside Public Utilities, a member agency. I was also hired by the City of Riverside to assist with various projects including assisting Riverside Public Utilities.

I worked closely with Dave and had a chance to get to know him, his heart and his love for his family.

Dave was always a consummate professional. He cared greatly about the ratepayers of his agency and was always looking for ways to ensure compliance with legislative mandates regarding climate change while working to ensure that these mandates did not negatively impact citizens least able to afford the added costs of these mandates.

I also got to know his heart. He had a heart for public service. Too many people think public service is a job. It is not. It is an attitude of the heart. Dave had such a heart. After business meetings I had a chance to spend time with Dave in a more casual settings and got to see first-hand that his desire to help his fellow citizens was real. He was always polite to everyone. I never heard him raise his voice, or say anything negative about anyone.

Dave was constantly talking about his children and how proud he was of them. He also shared that he was divorced and living with a partner in a same sex relationship. I was always struck with how open and honest he was.

Dave has already paid a very heavy price for his guilty plea. As a public figure, his name has been in the media in our region as well as most of the state. He is embarrassed and remorseful and while his incarceration might be required by the law, it cannot punish him any greater than he has already been punished.

We all make mistakes in our lives. Dave made a mistake. He has already paid a very heavy price for his mistake. I urge you to take his public shame and remorse into account as you decide his fate.

Respectfully,

*Jim Brulte*

Senator Jim Brulte (Ret.)

# EXHIBIT 20

Honorable Stanley Blumenfeld, Jr.                                    January 2022
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Your Honor:

My name is Chris Miller, I am aware that David Wright, who I consider one of my closest
friends, has pleaded guilty to federal program bribery. I first met David in Riverside,
California almost 30 years ago. At the time I was working at Fleetwood Enterprises in
Riverside before I moved to Los Angeles in 1996 where I began working at Columbia
Pictures. I have remained in the entertainment industry for over 25 years now and am
currently an executive producer at CBS in New York.

David has been a huge influence in my life and has been a constant source of inspiration
and stability as I've worked my way through my career and life. I have seen him be an
amazing father, husband, partner and grandfather. David is definitely the nucleus of his
family along with his former wife Carolyn.

David's boys were all under the age of ten years when we met so I've seen him raise his
kids, be there for them always, put them through college, throw weddings, help buy them
cars and homes and go to great lengths so be there for every birthday, graduation,
celebration and the birth of their own children.

David has always been my 'go to' person for help or advice, weather personal, professional
or financial. David is the person you call to ask if you should lease a car or buy it?
Should I do a 30 year mortgage or a 15? Should I seed my lawn in the spring or fall? He's
always been that smart solid friend you just call for sound advice. He's also the friend
that will help you load a pallet of bricks at Home Depot or pick you up at the airport. He
always shows up to your birthday party or backyard barbecue. He's been a consistent
force in my life that has been invaluable to me.

From a career standpoint I was always impressed with the magnitude of what David was
managing. Going from overseeing 600 employees in Riverside to 10,000 at LADWP with a
budget in excess of $6 billion. David was extremely excited and enthusiastic to attack the
broken billing system that he inherited at LADWP. It was a high profile issue that was
causing a massive PR issue with the city. I know David hired hundreds of customer service
employees to manage the issues as 3 out of 4 customers were affected by the billing
system errors.

The only details of David's case that I know are what I've read in the papers, and I am a
proponent of the judicial system and understand and appreciate the job that do and have
done. But I do want you to know that having David absent from all of our lives for any
extended period of time it truly unthinkable. I hope during this process you will get even a
glimpse at what kind of person David is and that will weigh in on your decision.

Thank you so much for your time and consideration.

With Gratitude,

625 W. 57th St #925 – New York, NY 10019 - 310-871-3000

# EXHIBIT 21

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld

My brother, David Howard Wright. It seems strange to be having to attest to his character. Obviously, I've known him from birth and had a closer relationship with him than probably anyone else. Always the smartest of the 3 children, Dave was the one recognized by the family as the most likely to succeed.

An honor student, Eagle Scout and the only member of the family to receive a Masters degree, he was our family's "golden child," as my mother called him. Dave was the first to marry and had 3 sons. As his sons (all grown now), and I, will attest to he has always been a fine father and now a loving, caring grandfather.

After college Dave's career started as a Certified Public Accountant and after several years he moved on to the City of Riverside as their Controller, and then with the City of Riverside Municipal Public Utilities Department. As years passed he was promoted to General Manager of the department and upon his retirement after 25 years was given an honorary ceremony by the Mayor and City Council of Riverside and city dignitaries on the top of City Hall.

After a couple years working in Las Vegas for their water utility, the General Manager of LADWP asked Dave if he would be interested in working for LADWP in upper management. Always up for a challenge, Dave accepted and went to work.  A year later the GM retired and the position became available. I remember my brother calling me to tell me the LA Mayor (Eric Garcetti) called him and said "I'm in Buenos Aires right now for the Olympics but when I return I'd like to announce you as my selection for the new GM of LADWP", several weeks later he was confirmed in the position.

Our family couldn't have been more proud. The golden child becomes GM for the largest public utility in the country. My parents would have glowed with pride, though only our father was still living.  I often boasted to friends and colleagues "that's my brother".

For the next few years Dave went about the operational challenges of running such a large (political) operation. We'd often speak about the difficulties of the job and the bureaucracy. One common theme of our conversations was his commitment to the department and the people of LA to do what's best for the city and its residents. Dave knew his tenure within the department was only 4-5 years as historically other GM's had only been in position approximately 2 to 3 years. In fact (I believe) my brother was one of the longer serving at LADWP in recent years.

Just a quick note about myself. I've owned a small production business for over 20 years and I'm currently employed as the VP of Operations for West Entertainment in Irvine and have been employed since its inception 6 years ago.  Cheryl and I have been together for over 35 years and have 2 beautiful daughter and 3 grandchildren with another one on the way. Like my brother, father and nephews I was also an Eagle Scout. Cheryl works for CalVet and her father who is 98 has lived with us for 2 years. We're all aware of the situation Dave is in now and hope for the best.

In summation, David Wright, my little brother, has always been a fine father, model citizen (I don't think he's ever even had more than a traffic ticket or two) and honestly the best brother anyone could ever ask for.

Sincerely,

Martin Wright

# EXHIBIT 22

January 9, 2022


Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012


RE:  Character Reference for David Wright


Dear Judge Blumenfeld,

Please accept this letter in support of David Wright as you consider sentencing in his case with
your Court.  I have known David for over 21 years.  I worked closely with him when we I worked
for the City of Riverside from 2001 to 2008.  While with the City, I was the Deputy City Manager
and then the Assistant City Manager where David reported to me as the General Manager of
Riverside Public Utility.  I have remained in contact with him since leaving the City in 2008 to
become the City Manager in Pasadena.

In my experience working with David, I found him to be a responsible, capability, and dedicated
public servant.  He was well respected by staff, elected officials, and the community. He treated
everyone with respect, listened to concerns, and worked hard to find appropriate solutions.  He
was responsible for significant capital investments and as a result he was involved in rate
increases where he proved to be an effective listener, creative problem solver, and successful in
building compromise and consensus.

David was proud of his children and worked to make sure he was a positive and visible
influence in their lives.  He also seemed to have a positive relationship with his ex-wife.  I
remember a time when he purchased his ex-wife a car because she was having car trouble.  For
me, this exemplified David's character as a giving and thoughtful person.  He always thought of
others and was a mentor to many at the City.  He took pride in helping to develop the
professional skills of many within his department, as well as elsewhere in the City.  David was
someone who could be counted on if someone needed help.

I am not aware of the details of the case that has brought David in front of your court and
therefore cannot comment on the merits, but I can say without hesitation that I am shocked by
what he has been charged with and that there were never any indications that he was anything
but a stellar and selfless public servant.  In my experience, David always had the community's
interest at the forefront of his actions.  However, I am not surprised that David is taking
responsibility for his actions and plead guilty.  He was not someone who finger pointed or
blamed others when something didn't go as planned.

Character Reference for David Wright
Page | **2**

As you consider David's sentencing, I ask that you take into consideration all of the positive contributions he has made through his decades of successful public service and his commitment to his family, community, friends, and colleagues.

Thank you for the opportunity to share my comments and for consideration of them.

Sincerely,

Michael J. Beck
mjbeck@live.com
1634 Malcom Avenue, Unit #2
Los Angeles, CA  90024

# EXHIBIT 23

11160 Highview Drive
Alta Loma, Ca 91737

January 2, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, CA 90012

RE: David Wright

Your Honor:

I am the Assistant General Manager/ Chief Financial Officer for Western Municipal Water District in Riverside County, California. The District provides water and sewer services throughout a 527 square mile service area in the County. David and I have been friends for 35 years. We first met while working together in the audit practice of a national public accounting firm. While David left and I stayed on, we kept in touch. We've had common career interests, worked in the same community, and professionally we were both focused on the public sector (local governments) and municipal utilities. I am aware of the charges against David, their seriousness, and that David has pleaded guilty to the charges.

Through our friendship I have witnessed the success David has had in his career. I have seen in David the vision, the leadership and commitment that enabled this success. In every organization he has been with, he's been a difference maker. He's made them all better by delivering better outcomes and better results for the constituents they serve. Something particular about David, and something he is known for, is his unselfish support for others. His advocacy and mentorship for his co-workers is something he has always done throughout his career. And, today one can find more than a few utility managers and executives whose career has been advanced by David's support.

I have spoken with David. He regrets his actions and the impact they've had. He is remorseful. Your Honor, I ask that in sentencing David you consider the accomplishments and qualities that I speak of in this letter. Dave has done a lot of good and has a lot of that good left in him. Ultimately, I believe the best outcome is to see David return to the community he has served.

Respectfully,

Rodrick T. LeMond, MBA, CPA

# EXHIBIT 24

12/22/2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld;

I understand that David Wright has pled guilty to federal program bribery, and you will be considering the appropriate punishment in the near future. I was David's supervisor from late 2000 to mid 2005. I was the Utility Director and Interim City Manager for the City of Riverside Ca. during this period. David was responsible for Customer Service and Finance reporting to me as the Utility Director. When I was appointed Interim City Manager, David was promoted to the position of Utility Director and stayed in that position after I retired from the City of Riverside in 2005. I have had occasional casual contact with David since 2005.

When we worked together, I found David to be a consummate professional. He worked effectively with his subordinate employees and customers. The organization had a good reputation and the confidence of both residential and business customers as well as the Riverside City Councilmembers and Mayor. The good reputation was due in part to David as well as the other 600 employees of Riverside Public Utilities.

As his supervisor, I was not closely associated with David's family. My observations based on casual comments, were that he was devoted to his children, two of whom work for the City of Riverside. One in law enforcement.  He also maintained a positive relationship with his ex-wife in that he helped with home repairs, and they sometimes attended community activities together. When he worked for the City of Riverside, my wife and I would occasionally see David and his partner at community events in Riverside. He was well respected throughout the community. I am sure the bribery conviction has been devastating to all his family members.

I have no idea what options you have with respect to sentencing. Hopefully there is a way David can be held accountable for his actions and perhaps concurrently make a positive contribution to society.

Thank You
Tom Evans
2855 McAllister St.
Riverside, CA, 92503

# EXHIBIT 25

Jennifer Wright
5284 King Street
Riverside, Ca 92506

December 28, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

My name is Jennifer Wright and I am fully aware of the charge David Wright is facing. I am the wife of David's son, Jeffrey Wright, and mother to his two grandsons. I currently work as a Substitute Teacher for the Riverside Unified School District.

I am David's daughter in law of eleven years and I have known him for thirteen years. I met Dave through my Husband, Jeffrey Wright. As a highly intelligent and respectable male figure in my life, he has been my mentor in professional and personal situations. In addition, he has been a loving father to his children and grandfather to his grandchildren.

David has suffered greatly from these court proceedings. He is extremely remorseful and is heartsick over the possibility that his wrongdoing could affect the careers of his children who work in the public sector.

My understanding is that David's future goals are to solely spend time with his children and grandchild as they grow. He has been a guiding light in my growth as a young adult and I would love to see him there for my kids. I believe David completely understands his recent wrong doings and I am certain that he has learned his lesson and will never again break the law. I ask you to please all the good this man has done when determining his punishment.

Thank you,


Jennifer Wright

# EXHIBIT 26

Honorable Stanley Blumenfeld,
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Dear Judge Blumenfeld,

I meet Dave when we both started our new jobs in Las Vegas.  We were both recent transplants from other cities.  His new job was as an executive and mine was in the IT department.  One of my first tasks was to get him setup with all his computer and credential needs, and we hit it off almost immediately.  We would often lunch together and go out exploring the town.

We became very good friends and have stayed in contact ever since.  I have had the pleasure of meeting all his family including his very lovely grandchildren.  Dave is a very loving father and grandfather who has in my time of knowing him shown pure devotion to his family.  I have spent many weekends over at their house enjoying their company and getting to know what a close-knit family they are.  In my over 9 years of knowing Dave, I have had the pleasure of vacationing with him and his family and getting to know them.

Since almost the time that I meet Dave he has been a bit of a mentor for me helping guide my way through many career changes and paths and even through some of my more personal struggles.  I know that we have always supported each other since almost the moment we meet, and we will continue supporting each other. I am aware of what my friend has done and I know that this was a lapse in judgement on his part because this really isn't who he is.  It is for this reason that I write this letter on his behalf to support my friend, Dave.

Sincerely,

Cesar Rivera

cesarrivera@sbcglobal.net

312-296-4444

# EXHIBIT 27

Cheryl Iannello
940 S. Camerford Lane
Anaheim Hills, CA 92808

December 22, 2021

RE: Mr. David Wright Court Case


To The Honorable Judge;


For nearly 4 decades I've had the pleasure of a relationship with David Wright as both a brother-in-law as well as a close friend.

Preparing a character reference isn't easy. The first thing that comes to mind is where do I start?  If I've said it once I've said it a thousand times to my husband "I just love your brother". Not only is he a great guy to be around, I felt as though he is the brother I never had.

I know David has always been a hard worker, transparently honest and one of the best fathers and grandfathers anyone could ask for.  He is always there for support and guidance for his sons and their children. And in the many conversations with David, I learned that he is a committed public servant, always wanting to take care of the people who he represented and very well respected within the community.

I understand the distressing circumstances that David is faced with.  He has expressed his deepest regrets about the case to me, particularly its repercussions for his family.  I wish for him the best outcome of this case and I will support him as all the rest of his family and friends do.

Sincerely,

*Cheryl Iannello*

Cheryl Iannello

# EXHIBIT 28

December 6, 2022

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 West 1st Street
Los Angeles, CA 90012

RE:    Character Reference Letter for David Wright

Dear Judge Blumenfeld:

Thank you for the opportunity to speak on behalf of Mr. David Wright via this letter.
Dave and I have been friends since 1988 when I started working for Price Waterhouse
and he worked for the City of Riverside, CA as the City Controller.  My firm performed
the City's financial audit and in my role as a Staff Auditor, and later as a Senior Auditor,
Dave and I spent a great deal of time together dealing with audit matters.  Our
conversations eventually floated into matters beyond just the city audit and we
developed a friendship.

Because Dave was a bit older than I was and further down the career path, there was a
mentoring aspect to our friendship as well.  I told him at one point, "One day I want your
job."  In 1994, I became the City Controller for the City of Riverside and it was in no
small part, due to Dave's counsel as I was making career/life choices as a 20-
something year old then.  I have forever been very grateful for the time he took helping
me navigate these decisions in my early career.

I am aware of the circumstances resulting in Dave's current situation.  I was saddened
and disappointed to read of these things.  Dave has been a good friend for many years,
and certainly not how I would have envisioned him finishing what has been a very
enviable career.  He has had a confidence and willingness to tackle new challenges and
implement changes in his various career stops along the way, leaving things better than
he found them.  I've been impressed at his willingness to take on challenges that
stretched him and grew him as a professional.  It's not a typical trait that accountants
have in our DNA, but I have been proud to watch him succeed at each stop on his
journey.

While most of my interactions with Dave have been professional, over the years I've
followed his family situation too.  Dave is a loving dad to his boys and is very proud of
them.  Though he was divorced from his former wife Carol, he always spoke very highly
of her and the role she played in raising their sons.  They've maintained what seems to
be a very healthy situation in the circumstances and he has been an advocate for her.
He told me more than once that it was very important to him to continue to be
supportive of her and the things she needed to do personally after their marriage
dissolved.  I've respected the choices he made in that regard and believe they reflect
the kind of person Dave truly is.

Dave and I have not had much contact recently, given the circumstances, but in a brief exchange in the last month, he expressed great regret and embarrassment at the choices he made that resulted in his separation from the LADWP.  My hope is that the court would find that the lighter end of the possible range of sentencing would be appropriate for Dave given the long history of professional success he's had everywhere he's been and that he understands the error of the decisions he's made in this last position with the LADWP.  Dave is a good man, good father and good friend….thank you for the opportunity to share my comments with the court in relation to his sentencing.

Sincerely,

Brent Mason

Brent Mason, CPA
Senior Consulting Manager
Eide Bailley, LLP

# EXHIBIT 29

December 27, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Your Honor:

I am writing this letter with for your consideration regarding the sentencing for Mr. David Wright.  I am saddened and disappointed in the actions that have resulted in his plea to bribery charges.

I am a finance professional who has worked in the public power and water sector for almost 40 years.  I met and worked in the City of Riverside with Dave during the early 1990s.  During my tenure at Riverside, Dave was a conscientious and always professional employee.  After I left Riverside, Dave went on to become the Utilities Director in the City.  At Riverside, Dave developed a solid team of professionals, including a number of outstanding women executives.  He was supportive of their efforts, providing the opportunity to grow.  The Utilities Department had a good reputation and solid credit ratings.

While Dave has violated the trust that all public servants carry, a protracted sentence would have impacts not just on Dave, it would also negatively affect his family and friends.

Thank you for the opportunity to provide these brief comments.

Sincerely,

Brian Thomas

# EXHIBIT 30

Mrs. Susanne Badgett
12469 Skyracer Drive,
Las Vegas, NV 89138

December 31, 2021

Honorable Stanley Blumenfeld, Jr.
United States District Court,
350 W. 1st Street,
Los Angeles, CA 90012

Dear Judge Blumenfeld,
My name is Susanne Badgett.  I am a retired elementary school
teacher from Murrieta, CA.   I am 61 years old and currently live in
Las Vegas, NV with my husband.   I am writing this letter as a
character reference for David Wright.  While I understand the
seriousness of the charges, I am hoping that the court will take my
letter into consideration during sentencing.

I have known David Wright for over 20 years.  I met him as an
acquaintance when my husband worked with him at the City of
Riverside.   We quickly became friends and someone that I felt I
could trust to be there if I needed him.    My husband and I
attended the wedding of two of his sons, he attended our
wedding 17 years ago, and we have spent many hours and
weekends with him and his family, and he with ours.  Over the
years, Dave graciously offered his home to me and my colleagues
when we had to attend conferences in Palm Springs, where he
owned a home.
My husband, Stephen Badgett, worked for the City of Riverside for

25 years and for many of those years worked closely with David Wright.  I often attended work-related events with my husband, both locally and nationally, that Dave was also attending.   Dave was always sought after by other attendees, and I always saw him as professional, respectful, compassionate, and a man that always carried himself with a calm demeanor.

My number one take away from Dave from the first time I met him was that he is a family man, a loving man, and a loyal man.  He is devoted to his 3 sons and his five grandchildren, and his extended family.  Every time there was a new grand baby in his life, we would receive numerous photos and texts.  Even though he was separated at the time from his wife, they worked hard to keep the family unit as the most important focus in both of their lives.   I would often talk to him after he had been helping someone in the family paint, plant, restore or repair something.  I sincerely hope that Dave is not sentenced to a long incarceration as I know that Dave is the "heart" of his family, and they are his "heart".

It is my sincere hope that the court takes this letter into consideration at the time of sentencing.  Dave has expressed remorse to me over this case.   I believe that he has learned much from this experience.  He has told me that he is embarrassed and humbled, and I believe he will endeavor to better his life and the lives of others in the future.  Despite the current case, I still see David Wright as an honorable individual, a valuable member of his community, and mostly a very loving and much-loved member of his family.

*Susanne Badgett*

Susanne Badgett

# EXHIBIT 31

January 6, 2022

Honorable Stanley Blumenfield, Jr.
United States District Court
350 W. 1st Street
Los Angeles, California 90012

Your Honor,

I first met David in 2011, after being introduced by a mutual friend and immediately found him to be a humorous, warm and welcoming person. Since then, I have spent many joy-filled days with David and his family, and family is surely David's strong suit. He is very much a family first person who thrives at his role of father/grandfather. David constantly says how proud he is of his sons and their accomplishments. After meeting his sons, I can say I understand why, which is a testament to David and their mother. Personally, I have reached out to David numerous times for both personal and professional advice because I know David will give me hard truths in a respectful manner and challenge me to be a better person. One specific event was a falling out I had with my very best friend, who is also a friend of David. David never took sides and worked methodically to mend the relationship and for this I cannot thank David enough. I do know David is extremely remorseful and for his family, most of all, I pray his sentencing is a short as possible.

Sincerely,

Antonio Beverly

# EXHIBIT 32

Honorable Stanley Blumenfeld, Jr.

US District Court

350 W. 1st St

Los Angeles, Ca 90012


Dear Judge Blumenfeld,

My name is Susan M. (Wright) Caballero and I am the sister of David H. Wright. David and I were born 17 months apart and were always extremely close, being only one year apart in the school system.  He was my mentor, my protector and the person I always looked to for advice.  He received his Bachelor's degree from Cal State University, Fullerton, passing his CPA exam and was always a conscientious member of the community.   I am aware of the nature of the charges he is facing.

David was an Eagle Scout and I have always known him to follow all rules to the "T".  Even though he has been separated from his wife, he has maintained a relationship with her and has been an active father of his three boys and five grandchildren, making sure they always knew they are loved, happy and healthy.

I have never seen David shirk any duties or responsibilities that has been asked of him and I do whole heartedly support him being able to remain at home to complete any form of punishment given to him from the court.


Sincerely,

*Susan M. Caballero*

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that on April 12, 2022, I caused to be electronically filed a

3  true and correct copy of the foregoing with the Clerk of Court using the CM/ECF

4  system and that all counsel of record will be served via the Notice of Electronic

5  Filing generated by CM/ECF.

6

7                             /s/ Anthony Pacheco

8                               Anthony Pacheco

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

90

CERTIFICATE OF SERVICE