**VEDDER PRICE (CA), LLP**
Anthony Pacheco (Cal. Bar No. 128277)
apacheco@vedderprice.com
Maura L. Riley (Cal. Bar No. 319826)
mriley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

**VEDDER PRICE P.C.**
Brooke E. Conner (*Pro Hac Vice*)
bconner@vedderprice.com
222 N. LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
F: +1 312 609 5005

*Attorneys for Defendant David H. Wright*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID H. WRIGHT,<br><br>Defendant. | Case No. 2:21-cr-00559-1<br><br>**DEFENDANT DAVID H. WRIGHT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**<br><br>[*Filed concurrently with Sentencing Memorandum; Exhibits to Sentencing Memorandum*]<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>Date:   April 26, 2022<br>Time:   8:00 a.m. |

## OBJECTIONS TO PRESENTENCE REPORT

Mr. Wright hereby submits the following Objections to the Presentence Investigation Report ("PIR") dated March 21, 2022, pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure and Local Rule 32-3.2.

| | **TEXT** | **CORRECTION** |
|---|---|---|
| 1. | 87. Wright resides at 12 Scarborough Way, Rancho Mirage, California 92270, with his partner Vincent Price and his ex-wife Carolyn Wright. | 87. Wright resides at 12 Scarborough Way, Rancho Mirage, California 92270, with his partner Vincent Price ~~and his ex-wife Carolyn Wright~~. |
| 2. | 91. Wright has two siblings: Martin John Wright, age 64, who resides in Yorba Linda, California, where he works for a video production company; and Susan Marjorie Caballero, age 59, who resides in Yorba Linda, California, where she is a homemaker. | 91. Wright has two siblings: Martin John Wright, age 64, who resides in <u>Anaheim Hills</u>, California, where he works for a video production company; and Susan Marjorie Caballero, age 59, who resides in Yorba Linda, California, where she is a homemaker. |
| 3. | 93. For the past 18 years, Wright has been in a stable and committed relationship with Vincent J. Price, age 56, who resides with Wright in Rancho Mirage, where he is employed with the City of Riverside as an IT analyst in charge of software compliance. | 93. For the past 18 years, Wright has been in a stable and committed relationship with Vincent J. Price, age 56, who resides <u>at 2252 El Capitan Dr., Riverside, California.  He spends a great deal of time with Wright in Rancho Mirage. Vincent</u> is employed with the City of Riverside as an IT Analyst in charge of software compliance. |
| 4. | 98. Wright's father supported the family by working as a supervisor with the city of Fullerton.  His mother worked as an estimator for a box company. | 98. Wright's father supported the family by working as a supervisor <u>with Beckman Instruments, Inc.</u>, in the City of Fullerton.  His mother worked as <u>a bank teller in Orange, California</u>. |
| 5. | 130. Wright stands 6'1" tall, weighs 210 pounds, and has blue eyes and grey hair.  Wright reported no tatoos [sic] or prominent scars. | 130. Wright stands 6'1" tall, weighs 210 pounds, and has blue eyes and grey hair.  Wright reported <u>no prominent scars and has one tattoo around his right calf</u>. |
| 6. | 143. From 1978 to 1985, Wright attended CSUF, where he earned his Bachelor's and Master's degree in business administration, with an emphasis on finance. | 143. From 1978 to 1985, Wright attended CSUF, where he earned his Bachelor's and Master's degrees in Business Administration, with an emphasis on <u>accounting</u>. |

| | **TEXT** | **CORRECTION** |
|---|---|---|
| 7. | **Monthly Income**<br>Retirement Income<br>Pension/Annuity \| $12,602.00<br>Dividend Income<br>Dividend/Interest Income \| $50.00<br>Total Monthly Income \| $12,652.00 | **Monthly Income**<br>Retirement Income<br>Pension/Annuity \| $16,467.00<br>Dividend Income<br>Dividend/Interest Income \| $50.00<br>Total Monthly Income \| $16,517.00 |

Dated: April 12, 2022

VEDDER PRICE (CA), LLP

By: _____
    Anthony Pacheco
    Brooke E. Conner
    Maura L. Riley

Attorneys for Defendant
David H. Wright

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

                                           /s/ Anthony Pacheco
                                              Anthony Pacheco