# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Stanley Blumenfeld, Jr.

From: Jennifer Graciano                              , Deputy Clerk       Date Received: April 22, 2022

Case No.: 2-21-cr-00559-SB-1                    Case Title: USA v. David H. Wright

Document Entitled: Letter

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ Local Rule 11-3.1 | Document not legible |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ Local Rule 11-4.1 | No copy provided for judge |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☑ Local Rule 83-2.5 | No letters to the judge |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☐ Other: | |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____            _____
Date                                             U.S. District Judge / U.S. Magistrate Judge

☑   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

April 22, 2022                                   _____
Date                                             U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party.  See Local Rule 1-3.

| COPY 1 -ORIGINAL-OFFICE | COPY 2 -JUDGE | COPY 3 -SIGNED & RETURNED TO FILER | COPY 4 -FILER RECEIPT |
|---|---|---|---|

**RECEIVED BUT NOT FILED**
CLERK, U.S. DISTRICT COURT

April 22, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jgr _____ DEPUTY

April 18, 2022

Honorable Stanley Blumenfeld, Jr.
U.S. District Court
350 W. 1st St.
L.A., CA 90012

REF:   URGENT!!! DAVID WRIGHT sentencing 4/25/22

Your Honor,

I know you will be deciding the fate of Mr. Wright very soon and I wanted to give you some additional information regarding Mr. Wright that hopefully you will have time to have investigated.

Mr. Wright's son, Spencer Wright, began working at LADWP while Mr. Wright was also employed there. Due to David Wright's connection and influence, Spencer Wright was able to start working towards his Master's Degree at USC (Which was paid for by the LADWP) without waiting the proper amount of time in order to qualify for such a privilege.

Just another example of David Wright manipulating the system for his benefit that I thought you should know about in case you don't already.

Thank you for your time,

Concerned Citizen



SN BERNARDINO CA 923

19 APR 2022 PM 7 L

HONORABLE STANLEY
BLUMENFELD, JR.

U.S. DISTRICT COURT
350 W. FIRST ST.
LOS ANGELES, CA, 90012