## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | 2:21-cr-00559-SB-1 | Date: | April 25, 2022 |
|---|---|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., United States District Judge** |
|---|---|
| Interpreter: | N/A |

| Jennifer Graciano | Judy Moore | Melissa E. Mills, AUSA<br>J. Jamari Buxton, AUSA<br>Susan S. Har, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| David H. Wright (OR) | √ | | √ | Anthony Pacheco, Rtd | √ | | √ |
| | | | | Maura L. Riley, Rtd | √ | | √ |
| | | | | Brooke E. Conner, Rtd | √ | | √ |

**Proceedings:**   SENTENCING (Held and Completed)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

|   | : | 32 |
|---|---|---|
| | Initials of Deputy Clerk | jgr |